```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   CENTRAL DISTRICT OF CALIFORNIA
 9                          WESTERN DIVISION
10
11   JOHN L. RUCKER,              )   No. CV 09-06941-VBK
                                  )
12              Plaintiff,        )   JUDGMENT
                                  )
13        v.                      )
                                  )
14   MICHAEL J. ASTRUE,           )
     Commissioner of Social       )
15   Security,                    )
                                  )
16              Defendant.        )
                                  )
17
18        IT IS HEREBY ORDERED that the Decision of the Commissioner is
19   affirmed.
20        IT IS ALSO ORDERED that the matter is dismissed with prejudice.
21
22   DATED:  July 2, 2010                    /s/
                                     VICTOR B. KENTON
23                                   UNITED STATES MAGISTRATE JUDGE
```